NORMAN PICKETT et al., Appellants, v ROMLES GIBBS et al., Respondents.

Submitted May 23, 2011; decided June 30, 2011

Judge JONES taking no part.

In the Matter of WILLIAM C.B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JUDY B., Appellant.

Submitted May 23, 2011; decided June 30, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Family Court's order terminating appellant's parental rights, denied; motion for leave to appeal otherwise dismissed upon the ground that the other Appellate Division order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.